# EXHIBIT 1

**From:** service@JOS-A-BANK.COM
**Date:** June 29, 2015 at 8:10:11 PM CDT
**To:** oakinmeji@gmail.com
**Subject: Jos. A. Bank Order Conf. - Order #16805782**

Thank you for shopping JoS. A. Bank.  Your order is now
being processed.  Should you have any questions regarding
this order please email us at service@jos-a-bank.com or call
customer service at 1-800-999-7472 between the hours of
8:30am and 12:00am EST.

 Order #: 16805782 -  1  Order date:  6/29/15

 Sold To: AKINMEJI, OLUSOLA


 Ship To: AKINMEJI, OLUSOLA

 Order Process Date:  6/29/15

 Merchandise  :      875.00
 Freight  . . . :
 Tax  . . . . . :     54.90
 Handling . . . :     40.00
 Total  . . :      969.90


1. SUIT JOSEPH 2 BTN SLIM FIT PLN (30100/169  38

SHT) 1 @ $875.00 - In stock.

2. SUIT TRVLR 2 BTN SLIM FIT PLAI (29166/005  38
   SHT) 1 @ $.00 - In stock.

3. SUIT JOSEPH 2 BTN SLIM FIT PLN (29181/045  38
   SHT) 1 @ $.00 - In stock.

4. SUIT JOSEPH SL (19443/001  38   SHT) 1 @ $.00 -
Expected Ship Date 05/29/15.


Sincerely,
JoS. A. Bank
http://www.josbank.com