# EXHIBIT 2





†excludes shoes, watches, rentals, & gift cards. *regular price. **of equal or lesser value. Prices in this mailer valid Monday, Dec. 19 & Tuesday, Dec. 20, 2011; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big and tall prices will be slightly higher than regular size prices. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores, nor through Catalog. For store information visit us at www.josbank.com.



Post Office Box 8428
Greensboro, NC 27419-8428



Presorted
First Class Mail
U.S. Postage
PAID
JoS. A. Bank
Clothiers



josbank.com





*regular price  **of equal or lesser value.  Prices in this mailer valid Monday, Dec. 26, 2011 through Monday, Jan. 2, 2012; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big and tall prices will be slightly higher than regular size prices. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card Discount. Not applicable at Factory Outlet stores, nor through Catalog. For store information visit us at www.josbank.com.



Post Office Box 8478
Greensboro, NC 27419-0428

Presorted
First Class Mail
U.S. Postage
PAID
JoS A.Bank
Clothiers



josbank.com




## Huge Selection
## *Suits & Sportcoats*
# 60% off

*Plus, Tuesday, Jan 3 - Sunday, Jan 8, 2012:*
# EXTRA 25% OFF
## your 2nd" Sale Suit or Sportcoat!

# 50% OFF
## Entire Stock Traveler
# Dress Shirts
*when you purchase 4 or more*

josbank.com



## Tuesday, January 3 - Friday, January 13, 2012

| Entire Stock **SWEATERS** | Entire Stock **OUTERWEAR** | All Executive **DRESS PANTS** | **CLEARANCE** |
|---|---|---|---|
| # 60% OFF | # 60% OFF | # 3 for $199 | **SHIRTS & SILK TIES** NOW ONLY: $29⁹⁸-39⁹⁸ |

regular price. Prices in this mailer valid Tuesday, January 3 - Friday, January 13, 2012; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big and tall prices will be slightly higher than regular size prices. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card Discount. Not applicable at Factory Outlet stores, nor through Catalog. For store information visit us at www.josbank.com.



Post Office Box 8428
Greensboro, NC 27419-0428

Presorted
First Class Mail
U.S. Postage
PAID
JoS. A. Bank
Clothiers

  


josbank.com



## JOS. A. BANK — SUPER CORPORATE DAY

**Tuesday, Jan. 17 & Wednesday, Jan. 18, 2012**

Exclusive Corporate Card Member Specials:

**All** Executive suits ...................... **$179**

**All** Signature suits
& suit separates ...................... **$259**

**All** Signature Gold suits
& suit separates ...................... **$329**

**PLUS: 60% off** All Dress Shirts & Silk Ties
with any Suit purchase!

**70% off** All Sportcoats & Blazers
**70% off** All Sweaters
**70% off** All Outerwear
**60% off** All other Suits, Suit Separates
& Tuxedos

regular price
josbank.com

See back for additional great offers.

---

**SUPER CORPORATE DAY**   Tuesday, Jan. 17 &
Wednesday, Jan. 18, 2012

# 50% Off

## EVERYTHING ELSE" IN THE STORE!

including dress shirts, silk ties, sportshirts, pants, belts, socks and underwear.

**Excludes watches, shoes, rentals and gift cards.

# 25% Off the regular price of ALL SHOES

*regular price. Prices in this mailer valid Tuesday, January 17 - Wednesday, January 18, 2012, however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big and tall prices will be slightly higher than regular size prices. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores, nor through Catalog. For store information visit us at www.josbank.com.



JOS. A. BANK
ESTABLISHED 1905

Post Office Box 8428
Greensboro, NC 27419-0428



Presorted
First Class Mail
U.S. Postage
**PAID**
Jos. A. Bank
Clothiers



josbank.com



**Private Offer**
for Preferred Customers Only
With This Postcard



# Buy 2 Get a 3rd**
## at no additional charge!

All Executive Suits ........... $299
All Traveler Suits ............... $349
All Signature Suits ........... $449
All Signature Gold Suits... $599

**Now Through Monday, Feb. 6**

www.josbank.com   * clearance not included   ** equal or lesser value



Monday, Jan. 30 through Monday, Feb. 6

## All Traveler Shirts • All Ties
## All Dress & Casual Pants

**Buy 2 Get a 3rd** at no additional charge!**

*clearance not included  **equal or lesser value. Prices in this mailer valid Monday, Jan. 30 through Monday, Feb. 6, 2017; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big and tall prices will be slightly higher than regular size prices. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card Discount. Not applicable at Factory Outlet stores, nor through Catalog. For more information visit us at www.josbank.com



Post Office Box 8428
Greensboro, NC 27419-0428

Presorted
First Class Mail
U.S. Postage
PAID
JoS A Bank
Clothiers


josbank.com



*REGULAR PRICE  ** EXCLUDES SHOES, WATCHES, GIFT CARDS & RENTALS






Bring a co-worker and we'll sign
him/her up too

The Expert in Men's Apparel

Since 1905, Jos. A. Bank has offered exceptional quality, timeless style,
and unparalleled value in men's apparel. As the preferred source for
professional, corporate-casual, and weekend attire, Jos. A. Bank adheres
to the highest standards of fabric, fit, and construction. Our expert staff of
professional sales executives are always available to help you with
your wardrobe needs.

   josbank.com



Prices in this mailer valid Wednesday, February 15 & Thursday, February 16, 2012; however, some items may continue to be offered at
the same or other prices. Intermediate price reductions may have been offered. Big and tall prices will be slightly higher than regular
size prices. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card
Discount. Not applicable at Factory Outlet stores, nor through Catalog or Internet. For store information visit us at www.josbank.com.

430585



In our retail stores with this invitation.
Not available to the general public.

## WEDNESDAY, FEBRUARY 15
## & THURSDAY, FEBRUARY 16, 2012

### SIGNATURE COLLECTION SPECIAL OFFERS·

All Signature Wool Suits . . . . . . . . . . . . . $269
All Signature Wool Sportcoats . . . . . . . . . $199
All Signature Wool Dress Pants . . . . . . . . $99
All Signature Dress Shirts . . . . . . . . . . . . $59
All Signature Ties . . . . . . . . . . . . . . . . . . . $39
All Signature Cotton, Merino
& Silk Sweaters . . . . . . . . . . . . . . . . . . . . $29

---

## 75% off regular price
### Entire Stock of Signature Gold Suits

---

## 70% off regular price
### Entire Stock of Executive Suits, Leather Jackets
### & Cashmere Sweaters

---

## 60% off regular price
### Entire Stock of Sportcoats, Blazers, Outerwear
### & All Other Suits

---

## 50% off regular price
### EVERYTHING ELSE IN THE STORE!
Excludes shoes, watches, gift cards, and rentals.

---

## EXTRA 30% off
### All Clearance Shirts & Ties



**6 Days Only!**

Tuesday, Feb. 21
through Sunday, Feb. 26

Dear          ,

Thank you for continually choosing Jos. A. Bank as your
menswear store. As a valued customer, we are extending to
you a **special offer not available to the general public**.
Don't miss this opportunity to take advantage of these great
savings.  Please **bring this letter** to your favorite Jos. A. Bank
store between **Tuesday, Feb. 21, and Sunday, Feb. 26,
2012**, and receive:

# All Suits, Sportcoats & Tuxedos
## 60% off* your 1st
## 70% off* your 2nd**
(Mix 'n Match)

In addition you will receive an
### Extra 25% off All Clearance items!

|  | Orig. | Clearance: | Now: |
|---|---|---|---|
| Clearance Suits | $595 | $198 | $148.50 |
| Clearance Sportcoats | $395-450 | $138 | $103.50 |
| Clearance Shirts | $69.50-135 | $39.98 | $29.99 |
| Clearance Silk Ties | $69.50 | $29.98 | $22.49 |

*Shop early for the best selection.*

*regular price  **equal or lesser value

# EXTRA
# 25% off
## ALL CLEARANCE
## ITEMS!



josbank.com                    See additional great savings on the back.

298305

# ADDITIONAL GREAT VALUES STOREWIDE

| | | |
|---|---|---|
| Huge Selection of Signature suits... | reg. $795 | $349 |
| All Traveler suits, *Including our Tailored Fit Collection*............... | reg. $750 | $299 |

| | | |
|---|---|---|
| All Signature Wool sportcoats......... | reg. $595 | $249 |
| All Camel Hair blazers..................... | reg. $450 | $159 |
| All Signature dress pants................ | reg. $225 | $109 |
| All Wool/Cashmere dress pants...... | reg. $165 | $69 |
| All Traveler dress shirts/sportshirts, *including our Tailored Fit Collection*............... | reg. $87.50 | 2/$99 |
| Solid Color Merino Wool sweaters.... | reg. $99.50 | $29 |

*PLUS:*
All leather jackets and Outerwear
All Hats, Gloves, and Scarves
ON SALE, including:

| | | |
|---|---|---|
| VIP Vintage leather jackets........... | reg. $700 | $199 |
| Merino Wool topcoats.................... | reg. $450 | $159 |
| Gloves............................................ | reg. $69.50 | $29 |

## 6 Days Only!

Tuesday, Feb. 21- Sunday, Feb. 26

*Hurry for the best selection!*

 josbank.com

Prices in this mailer valid Tuesday, February 21 through Sunday, February 26, 2012; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big and tall prices will be slightly higher than regular size prices. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card Discount. Not applicable at Factory Outlet stores, nor through Catalog or Internet. For store information visit us at www.josbank.com.







*regular price  **of equal or lesser value  = $94.50 or less

Prices in this circular valid Monday, March 5 through Sunday, March 11, 2012; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big and tall prices will be slightly higher than regular size prices. Offers in this circular not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card Discount. Not applicable at Factory Outlet stores, nor through Catalog.  For store information visit us at www.josbank.com.



Post Office Box 8428
Greensboro, NC 27419-0428



Presorted
First Class Mail
U.S. Postage
PAID
JoS.A.Bank
Clothiers



josbank.com




Huge Selection
Signature
Sportcoats

only $249

Stays Cool
Wrinkle Free
Dress Shirts

only $49.99

Signature
Tropical Weave
Dress Pants

only $99.99



PRING SAV

Monday, April 9 through Sunday, April 15, 2012

JOS. A.
BANK

ESTABLISHED 1905

josbank.com



See back for additional great savings!

---



The Biggest Suit Sale Ever

Buy Any Suit*
Get 2 Suits
FREE!

| Stays Cool Sportshirts & Polos | Stays Cool Cotton Pants | Huge Selection David Leadbetter Polos & Shorts |
|---|---|---|
| 2 for $79.99 | only $59.99 | 2 for $79.99 |

*regular price  **equal or lesser value. Prices in this mailer valid Monday, April 9 through Sunday, April 15, 2017; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big and tall prices will be slightly higher than regular sale prices. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card Discount. Not applicable at Factory Outlet stores, nor through Catalog. For store information visit us at www.josbank.com.

JOS. A.
BANK

ESTABLISHED 1905

Post Office Box 8478
Greensboro, NC 27419-0428

Presorted
First Class Mail
U.S. Postage
PAID
Jos. A. Bank
Clothiers



josbank.com



Buy any
**Sportcoat* or Blazer***
and get
**2 Dress or Casual Pants**
FREE!
Mix 'n match

Monday, April 23 through Saturday, April 28, 2012

| Entire stock **Dress Shirts** | Entire stock **Sportshirts** | Entire stock **Polos** | Entire stock **Pants/Shorts** |
|---|---|---|---|
| Buy 1* Get 1** FREE! | Buy 1* Get 1** FREE! | Buy 1* Get 1** FREE! | Buy 1* Get 1** FREE! |

    

**BUY ANY SUIT***
**GET 2** SUITS**
**FREE!**



*regular price * *equal or lesser value. Prices in this mailer valid Monday, April 23 through Saturday, April 28, 2012; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big and tall prices will be slightly higher than regular size prices. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card Discount. Not applicable at Factory Outlet stores, nor through Catalog. For store information visit us at www.josbank.com.



Post Office Box 6428
Greensboro, NC 27419-0428

Presorted
First Class Mail
U.S. Postage
**PAID**
Jos. A. Bank
Clothiers



 

josbank.com





*regular price  **equal or lesser value.  Prices in this mailer valid Monday, May 7 through Sunday, May 20, 2012 unless otherwise noted; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big and tall prices will be slightly higher than regular size prices. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card Discount.  Not applicable at Factory Outlet stores, nor through Catalog.  For store information visit us at www.josbank.com.



Post Office Box 8428
Greensboro, NC 27419-0428


Presorted
First Class Mail
U.S. Postage
PAID
JoS A Bank
Clothiers



josbank.com









**Best sellers at prices you can count on and the savings stay in your pocket.**

**Savings Stay in your Pocket**
Now through Father's Day!

**SAVINGS IN YOUR POCKET**

## Our NEW Take It Easy Collection

Every moment away from work can be relaxing. Comfortable. Like the softness of your favorite easy chair. Like hanging out with a good friend. The day is ending. No problem. The weekend is beginning. Just start with the clothes.

**$37** each

All Take It Easy polos, shorts, short sleeve woven sportshirts, and pants

Garment washed 100% cotton or cotton/Tencel blend. Relaxed styling.

## Tropical Blend Sportcoats

**$157**

A linen/wool blend makes it light, cool, and breathable. Add a softly constructed shoulder and you have a comfortable, perfectly designed sportcoat for the warmer months!

## Executive Collection Pinpoint dress shirts

**$47**

Constructed in soft two-ply Egyptian cotton for long-lasting quality and made with extra durable buttons. Buttondown, point, and spread collar styles to choose from in your exact sleeve length.



All Stays Cool
sportshirts and polos
and Traveler shorts
$29 each
Special moisture-wicking cotton
keeps you cool and dry.

All Traveler polos and
short sleeve sportshirts
$39 each
Soft and comfortable 100% cotton.
Wrinkle resistant to look fresh all day.

All VIP Linen shorts &
pants, and short sleeve
sportshirts
$49 each
Relax in comfort. Enjoy
lightweight clothing with an
easy drape, perfect for any
escape away from work when
the temperatures heat up.
Richly textured 100% linen
pants and cargo shorts are
washed for comfort.

VIP
VACATION IN PARADISE



Monday, May 21 through
Monday, May 28, 2012
(Memorial Day)

**All Stays Cool dress shirts**

# $29

Special moisture-wicking cotton
keeps you cool and dry. Wrinkle,
fade, and shrink resistant. Spread
collar, point collar, and buttondown.

**Huge selection of
Executive dress shirts**

# $39

Classic 100% cotton dress shirts
in great looking patterns.

Going on now....

## THREE TIMES THE SUIT SALE

## ALL SUITS

# BUY 1 GET 2**

# FREE!

*regular price. **equal or lesser value. Prices in this mailer valid May 21-28, 2012, unless otherwise noted; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Advertised prices do not include accessories shown. Big and tall prices will be slightly higher than regular size prices. Offers in this mailer not extended on prior purchases and may not be combined with any other offer or with a Corporate Card Discount. Not applicable at Factory Outlet stores, nor through Catalog. For store information, visit us at josbank.com.

Presented
Standard
U.S. Postage
PAID
JOS. A. Bank
Clothiers

Post Office Box 8428
Greensboro, NC 27419-0426

Postmaster: Please deliver in home May 16 - May 18, 2012.

JOS. A. BANK

   josbank.com





THE EXPERT IN MEN'S APPAREL

Over 550 stores nationwide.
For a store location nearest you, please visit us at www.josbank.com
We will be open extended hours for your shopping convenience.
Please contact your store for specific hours.

Offers in this mailer valid June 11 through June 17, 2017, unless otherwise noted; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big/Tall and Portly prices will be slightly higher than regular prices. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card Discount. Not applicable at Factory Outlet stores, Catalog or Internet. For store information, visit us at www.josbank.com.

## Father's Day Reward Certificates

Monday, June 11 – Sunday, June 17

Enclosed are four certificates featuring
$25 off your purchase of $125. Each certificate may be
applied toward your purchase of any sale or regular priced
merchandise, excluding gift cards and rentals.

Save a total of $100 when you combine all four
Reward Certificates off a purchase of $500 or more.

Don't miss **SUPER TUESDAY**, June 12th!
Open Tuesday 8:00 am – 10:00 pm in most stores

## Buy 1* Suit Get 2** Suits Free!

### 50% off* everything else in the store!
(excluding watches, shoes, gift cards and rentals)

Plus, use the enclosed **Reward Certificates**
to save up to $100 more.

Want to avoid the crowds on Tuesday?
Come in **Monday, June 11th**
and we'll honor the Super Tuesday offer.

*regular price **equal or lesser value



The Expert in Men's Apparel

Since 1905, Jos. A. Bank has offered exceptional quality, timeless style,
and unparalleled value in men's apparel. As the preferred source for
professional, corporate-casual, and weekend attire, Jos. A. Bank adheres
to the highest standards of fabric, fit, and construction. Our expert staff of
professional sales executives are always available to help you with
your wardrobe needs. In addition, we offer tailoring on the premises.



440203

  josbank.com

Prices in this mailer valid Monday, June 25 and Tuesday, June 26, 2012; however, some items may continue to be offered at the
same or other prices. Intermediate price reductions may have been offered. Big and tall prices will be slightly higher than regular size
prices. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card
Discount. Not applicable at Factory Outlet stores, nor through Catalog or Internet. For store information visit us at www.josbank.com.



In our retail stores with this invitation
Not available to the general public

## MONDAY, JUNE 25
## & TUESDAY, JUNE 26, 2012

For your convenience, we will be open extended hours.
Bring a co-worker and we'll sign him/her up, too.

## 50% off*, 3rd** Free

Suits, Tuxedos, Sportcoats (mix 'n match)

---

## 50% off*, 3rd** Free

Sportshirts, Polos, Shorts (mix 'n match)

---

## 40% off*

Pants, Silk Ties, Dress Shirts

---

## CLEARANCE
Dress Shirts, Silk Ties, Sportshirts, and Polos
## $19.99

*regular price   **equal or lesser value



JºS. A.
BANK
ESTABLISHED 1905

The Expert In Men's Apparel

THE PRIVATE
EVENT

*Exclusively for
our Finest Customers
3 Days Only!*

Entire Stock
CLEARANCE
dress shirts • ties
sportshirts • polos

ONLY
$19.99

*regular price  **equal or lesser value



ONE SIZE FITS ALL

# THE PRIVATE EVENT

Monday, July 9 through Wednesday, July 11, 2012

The JOS. A. BANK Gift Card Always Fits

We will be open 8:00 am - 10:00 pm in most stores.



Post Office Box 8428
Greensboro, NC 27419-0428

Postmaster:
please deliver July 5-7, 2012.



NOW ACCEPTING **PayPal**

Presented
First Class Mail
U.S. Postage
**PAID**
JOS. A. Bank
Clothiers

*regular price. **equal or lesser value. Must have Private Event invitation to receive discounts mentioned in this offer. Offer valid July 9 through July 11, 2012; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big and tall prices will be slightly higher than regular size prices. Offers in this mailer not accepted on prior purchases and may not be combined with any other offers or Corporate Card Discount. Not applicable at Factory Outlet stores, nor through Catalog. For store information visit us at www.josbank.com.



We will be open 8:00 am - 10:00 pm in most stores

Monday, July 9 through Wednesday, July 11, 2012

This Special Event and the enclosed offer are for our Finest Customers only.



**JOS. A. BANK**
ESTABLISHED 1905

Monday, July 9 through Wednesday, July 11, 2012
Open 8:00 am - 10:00 pm in most stores

With this invitation in our retail stores:



# 50% off*
### Entire Stock
### suits & sportcoats
# Any 2nd** FREE!
mix 'n match



# 50% off*
### Entire Stock
### dress shirts • ties
### sportshirts • pants



# $29.99
### Entire Stock
### short-sleeve sportshirts
### polos • shorts



## CLEARANCE

Huge selection Clearance suits........................ $178

Huge selection Clearance sportcoats............ $98

Huge selection Clearance dress shirts,
sportshirts, polos, and cotton pants............... $24.98-39.98

Huge selection Clearance ties........................ $19.98-29.98

Prices in this media valid July 20 through July 23, 2012; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big and tall prices will be slightly higher than regular size prices. Offers in this media not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card Discount. For store information visit us at josbank.com.



Post Office Box 8428
Greensboro, NC 27419-0428

Presented
First Class Mail
U.S. Postage
PAID
JoS. A. Bank
Clothiers

josbank.com



NOW ACCEPTING **PayPal**



Private Event for our Finest Customers
with this postcard

– Wednesday, August 1 - Monday, August 6, 2012 –

# ALL SUITS & SPORTCOATS

# 50%OFF



# PLUS 2nd FREE

All Dress Shirts, Ties & Pants
## BUY 1 GET 1 FREE

*REGULAR PRICE **EQUAL OR LESSER VALUE

– Now Through August 12, 2012 –

# BUY 1 GET 2 FREE

All Short-Sleeve Sportshirts,
Polos and Shorts

## MIX 'N MATCH!



EXTRA

# 50% OFF

Any Second
Clearance Item

EXAMPLE:
2nd Clearance
Suit only

# $89!

– Now Through August 12 –

regular price.** equal or lesser value. Prices in this mailer valid August 1 through August 6, 2012, unless otherwise noted; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big and tall prices will be slightly higher than regular size prices. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores or through Catalog. For store information, visit us at www.josbank.com



Post Office Box 8428
Greensboro, NC 27419-0428

josbank.com



NOW ACCEPTING **PayPal** IN OUR RETAIL STORE

Prsrt. Std.
U.S. Postage
PAID
J°S. A. Bank
Clothiers



## The Expert in Men's Apparel

Since 1905, JoS. A. Bank has offered exceptional quality, timeless style,
and unparalleled value in men's apparel. As the preferred source for professional,
corporate-casual and weekend attire, JoS. A. Bank adheres to the highest
standards of fabric, fit and construction. Our expert staff of professional sales
executives are always available to help you with your wardrobe needs.

JOSBANK.COM







Prices in this mailer valid Aug. 13 - Aug. 14, 2012; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big and tall prices will be slightly higher than regular size prices. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores, nor through Catalog or Internet. For store information, visit us at www.josbank.com.

190397



## Monday, August 13
## & Tuesday, August 14, 2012

We will be open extended hours for your convenience!

Please bring this invitation with you to our store
to take advantage of these savings.

Entire Stock of Suits & Sportcoats

# 50% OFF   2nd FREE

That's 2 for 1/2 the price of one!
(MIX 'N MATCH)

# 50% OFF

Everything else in the store!
(Excluding Watches, Shoes, Rentals and Gift Cards)

### EXTRA
# 50% OFF

Clearance Dress Shirts, Ties,
Sportshirts, Polos & Pants

### EXTRA
# 25% OFF

Clearance Suits & Sportcoats

*Bring a co-worker and
we'll sign him/her up, too.*

regular price. ** equal or lesser value



## Jᴼˢ. A. BANK
ESTABLISHED 1905

### Entire Stock
Suits & Sportcoats*

**3**

## FOR THE PRICE OF ONE
*REGULAR PRICE
2ND AND 3RD EQUAL OR LESSER VALUE

– August 20 through August 26, 2012 –

MIX 'N MATCH!

### All Pants, Shirts and Ties

**40% OFF 1st    60% OFF 2nd**



*regular price *= equal or lesser value. Prices in this mailer valid August 20 through August 26, 2012; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big and tall prices will be slightly higher than regular size prices. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores or through Catalog. For store information visit us at www.josbank.com.



Jᴼˢ. A. BANK
ESTABLISHED 1905

Post Office Box 8478,
Greensboro, NC 27419-0478



Presorted
First Class Mail
U.S. Postage
PAID
JoS. A. Bank
Clothiers

josbank.com

-- Friday, Aug. 31 - Monday, Sept. 3, 2012 --
OPEN 8 AM FRIDAY & SATURDAY IN MOST STORES

— LABOR DAY WEEKEND —

# EVERYTHING*
## IN THE STORE



# BUY 1*
# GET 2**
# FREE







*EXCLUDING WATCHES, SHOES, RENTALS AND GIFT CARDS
*REGULAR PRICE **EQUAL OR LESSER VALUE

# BUY 1 GET 2 FREE

## EVERYTHING IN THE STORE*

— LABOR DAY WEEKEND —

— Friday, Aug. 31 - Monday, Sept. 3, 2012 —

OPEN 8 AM FRIDAY & SATURDAY IN MOST STORES

MIX 'N MATCH

*Excluding watches, shoes, rentals and gift cards. "regular price." equal or lesser value. Prices in this mailer valid Friday, Aug. 31 through Monday, Sept. 3, 2012; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big and tall prices will be slightly higher than regular size prices. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores or through Catalog. For store information visit us at www.josbank.com.



JOS. A. BANK
ESTABLISHED 1905

Post Office Box 8428
Greensboro, NC 27419-0428

  

NOW ACCEPTING PayPal FROM PayPal RETAIL LOCATIONS

josbank.com

Prsrt. Std.
U.S. Postage
PAID
JOS. A. Bank
Clothiers



# all SUITS & SPORTCOATS

# BUY 1* GET 2** FREE

Mix 'n Match

· STOREWIDE ·
SAVINGS INSIDE

THURSDAY, SEPT. 13
· through ·
SUNDAY, SEPT. 23, 2012





*Regular Price.
Excludes Works Collection
** Equal or Lesser Value



*all*
# SUITS &
## SPORTCOATS

# BUY 1 *
# GET 2 **
# FREE

Mix 'n Match

## TRADITIONAL FIT
**our standard cut**

- Traditional Lapel
- Roomier Through The Body
- Traditional Rise
- Traditional Leg

*Regular Price, Excludes Works Collection * * Equal or Lesser Value



*all*
# DRESS SHIRTS
## & TIES



BUY 1°
GET 1° **FREE** Mix 'n Match

Choose from our entire collection, including our famous all-cotton, wrinkle-free dress shirts



- Spread, Buttondown & Point Collars
- Traditional Fit & Tailored Fit
- 48 Sizes in Exact Sleeve Length





*all*
# SPORTSHIRTS, POLOS & CASUAL PANTS

**BUY 1 GET 1 FREE** Mix 'n Match



*all*
# SPORTCOATS
## & SUITS

## BUY 1* FREE
## GET 2**
Mix 'n Match

## BUSINESS *casual*

THE JOS. A. BANK
SPORTCOAT IS THE
MUST-HAVE BUSINESS
ESSENTIAL



*Regular Price, Excludes Works Collection ** Equal or Lesser Value

*all*
# DRESS SHIRTS
# & TIES

# BUY 1*
# GET 1
# FREE

Mix 'n Match





*all* SUITS & SPORTCOATS

# BUY 1*
# GET 2*
# FREE

Mix 'n Match

STOREWIDE
SAVINGS INSIDE

LOOK INSIDE
*for an*
EXTRA
$50
OFF!



Post Office Box 8425,
Greensboro, NC 27419-0425

josbank.com

*Regular Price, Excludes Works Collection. **'Equal Or Lesser Value. Prices in this mailer valid Thursday, Sept. 13 through Sunday, Sept. 23, 2012; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big and tall prices will be slightly higher than regular size prices. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores, nor through Catalog or Internet. For store information, visit us at www.josbank.com.



*all* SUITS &
SPORTCOATS

BUY 1
GET 2 FREE

FINAL DAYS

ENDS SUNDAY, OCT. 14, 2012



*We Fit Everyone*
· TRADITIONAL FIT · TAILORED FIT · SLIM FIT

*Excluding Works Collection ''Regular price '''Equal or lesser value

---

*50% OFF*
*3rd ITEM*
*FREE*

DRESS SHIRTS, TIES, PANTS,
SPORTSHIRTS, SWEATERS, LEATHER
JACKETS, TOPCOATS & MORE*

| THURSDAY, OCT. 11 THROUGH SUNDAY, OCT. 14, 2012 | OPEN 8 AM FRIDAY & SATURDAY IN MOST STORES |
|---|---|

*Regular price. **Equal or lesser value. ◊Excluding Works Collection, shoes, watches, rentals and gift cards. Prices valid 10/11 -10/14, 2012; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big and tall prices will be slightly higher than regular size prices. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores, nor through Catalog or Internet. For store information, visit us at www.josbank.com.



Post Office Box 6428,
Greensboro, NC 27419-0428

  

josbank.com

Presorted
First Class Mail
U.S. Postage
PAID
JoS. A. Bank
Clothiers



Thursday, Oct. 18 and
Friday, Oct. 19, 2012

·······························

OPEN EXTENDED HOURS
FOR YOUR CONVENIENCE



Dear

As a valued **Corporate Card member**, you are cordially invited to preview the new **Fall and Holiday Collections** of fine menswear at JoS. A. Bank. But hurry—you only have **two days** to enjoy the following **special offers**. And be sure to see the reverse side for details on even more all-store offers!

## *all* SUITS & SPORTCOATS
# 50%*off 2ND FREE**

## THAT'S 2 FOR 1/2 THE PRICE OF 1
### *MIX AND MATCH*

*Regular price, excludes Works Collection • **Equal or lesser value

## *We Fit Everyone*
• TRADITIONAL FIT • TAILORED FIT • SLIM FIT



AN *EXCLUSIVE* OFFER FOR
*CORPORATE CARD MEMBERS* **ONLY**

# 2 FREE
## *SILK* TIES***

WITH ANY SUIT OR SPORTCOAT PURCHASE
***WITH THIS COUPON***
EXCLUDING WORKS COLLECTION

***$101.50 or less



**JOS. A. BANK**
ESTABLISHED 1905

Thursday, Oct. 18 and
Friday, Oct. 19, 2012

OPEN EXTENDED HOURS
FOR YOUR CONVENIENCE



# EVERYTHING ELSE
## ~in the~ STORE*

## 1st ITEM 50%off *

## 2nd ITEM 60%off **

## 3rd ITEM 70%off ***

*Excluding misc.sportcoats, Works Collection, shoes, watches, rentals, gift cards. "Regular price. **Equal or lesser value. Prices valid 10/18-10/19, 2012; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big and tall prices will be slightly higher than regular size prices. Offers on this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores, nor through Catalog or Internet. For store information, visit us at www.josbank.com.



# 2 FREE SILK TIES ***
### WITH ANY SUIT OR SPORTCOAT PURCHASE
#### WITH THIS COUPON

EXCLUDING WORKS COLLECTION

***$10.50 or less

LIMIT ONE COUPON PER PURCHASE. LIMIT ONE COUPON PER CUSTOMER. Valid 10/18-10/19, 2012. Coupon must be presented and relinquished at time of purchase. Valid only in the U.S. Void where prohibited, taxed or otherwise restricted by law. Coupon not transferable; including via electronic means; void if copied, altered, transferred, purchased or sold. May be redeemed only at participating JOS. A. Bank retail stores. May not be used at Factory Outlet stores or for Catalog or Internet purchases. Not redeemable for cash. Any other use constitutes fraud. Redemption subject to review and verification. Cash value 1/50 cent.



# CORPORATE DAY

## Thursday, October 18 & Friday, October 19, 2012

THE EXPERT IN
MEN'S APPAREL

October 6, 2012

Dear Business Professional:

**Please share this information with your employees, co-workers and members!**

Your organization is a valued member of the Jos. A. Bank Corporate Discount Card Program.
You and your associates are invited to our Corporate Discount Event on <u>Thursday, October 18</u>
<u>& Friday, October 19, 2012</u>!

**Display the enclosed poster with complete offer
details in a popular employee gathering spot to spread the news.
You may also email this offer to your associates by visiting**
www.MyJosBank.com/Oct12CD

To receive this member offer, your personnel simply need to visit a store, provide a business card,
work ID, or this notice and a discount card will be issued to them immediately. For a store nearest
you, call 1-800-285-BANK or visit us online at www.JOSBANK.com

If you'd like to receive future announcements of our exclusive Corporate Discount offers
electronically, visit **www.MyJosBank.com/Oct12CD** and provide the requested information.

Thank you,

Nick Rizzi,
VP of Corporate Sales

**THE JOS. A. BANK CORPORATE CARD PROGRAM**
Shop 24/7 online @ www.josbank.com | Store Locations: 1.800.285.BANK | Corporate Program: 1.800.827.3921



Thursday, Oct. 18 and
Friday, Oct. 19, 2012
................................
OPEN EXTENDED HOURS
FOR YOUR CONVENIENCE



Dear

As a valued **Corporate Card** member, you are cordially invited to preview the new **Fall and Holiday Collections** of fine menswear at JoS. A. Bank. But hurry—you only have **two days** to enjoy the following **special offers.** And be sure to see **the reverse side** for details on even more all-store offers!

## *all* SUITS & SPORTCOATS
# 50% *off* 2ND FREE

## THAT'S 2 FOR 1/2 THE PRICE OF 1
### *MIX AND MATCH*

*Regular price, excludes Works Collection • **Equal or lesser value

*We Fit Everyone*
• TRADITIONAL FIT • TAILORED FIT • SLIM FIT



AN *EXCLUSIVE* OFFER FOR
*CORPORATE CARD MEMBERS* **ONLY**

# 2 FREE
## *SILK* TIES***

WITH ANY SUIT OR SPORTCOAT PURCHASE
***WITH THIS COUPON***
EXCLUDING WORKS COLLECTION

***$104.50 or less



**JOS. A. BANK**
ESTABLISHED 1905

# CORPORATE DAY

OPEN EXTENDED HOURS
FOR YOUR CONVENIENCE

## Thursday, October 18 & Friday, October 19, 2012
In our retail stores with this invitation. Not available to the general public.



*all* SPORTCOATS & SUITS

# 50%off*

*plus* 2ND FREE**

MIX AND MATCH

That's 2 for 1/2 the Price of One!

*we fit! everyone*

☐ + 2 FREE Ties†
with the purchase of any suit or sportcoat*

*EVERYTHING* ELSE
*–in the–* STORE‡

1st ITEM 50%off*

2nd ITEM 60%off*

3rd ITEM 70%off*

MIX AND MATCH

*take an extra* 25%off
ALL CLEARANCE

## TUXEDO RENTALS  FIRST TIME EVER!
Exclusively for our Corporate Card Customers
**20% Off** Select Tuxedo Rental Packages***

Scan the code to receive these offers via email or simply visit www.MyJosBank.com/OCT12CDP

*Regular Price, Excludes Works Collection  **Of Equal Or Lesser Value  †Up To $104.50 Each
‡Excludes Shoes, Watches, Rentals, Gift Cards & Works Collection  ***Valid on packages priced at $139 and above.
May not be combined with any other discount or offer. Excludes a la carte rentals and purchase items

**THURSDAY, OCT. 25 THROUGH
SATURDAY, OCT. 27, 2012**
*OPEN 8 A.M. IN MOST STORES*

## ~ *entire store* ~

# 70%off

~ *plus* ~ GET A

# FREE
## Android™ Smartphone
**with any purchase!**

New two-year activation required.
Other terms & conditions apply.
Must select phone and carrier by Nov. 3, 2012.
See back for details.





JoS. A. BANK
ESTABLISHED 1905

*Excludes Works Collection, shoes, watches, gift cards and rentals **Regular price*

---

~ *entire store* ~

**70%off**

~ *plus* ~ GET A

**FREE Android™**
Smartphone *with any purchase!*

New two-year activation required. Other terms & conditions
apply. Must select phone and carrier by Nov. 3, 2012.

**3 DAYS ONLY**

THURSDAY, OCT. 25 THROUGH
SATURDAY, OCT. 27, 2012

*OPEN 8 A.M. IN MOST STORES*

---

Phone terms & conditions: Free phone offer is only available with select service plans, data and messaging features and a new two-year subscriber agreement. Price valid for primary and secondary lines only. Offer is subject to identity, credit and/or eligibility check, and may require a deposit. Contract renewal and upgrade options may also be available for existing eligible customers; however, price may vary. Service may not be available in all markets or on all wireless carriers. Activation fees, early termination fees and additional restrictions apply. Must be 18 or older to qualify. Void where restricted or prohibited by law. Not valid with any other offer or for business accounts. Limited time offer that is subject to change and only valid in the United States. See full offer for details. Offers for wireless products and services are fulfilled by Simplexity, LLC, an authorized agent for the featured wireless service providers. Promotion executed by PageMaster Corporation, Thousand Oaks, Ca.

*Excludes Works Collection, shoes, watches, gift cards and rentals. **Regular price. Offer valid 10/25-27, 2012; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big and tall prices will be slightly higher than regular size prices. Offers are not accepted on prior purchases and may not be combined with any other offers or with a Corporate Card discount. Not applicable at Factory Outlet stores, nor through Catalog.



Post Office Box 6426,
Greensboro, NC 27419-6426





PayPal

josbank.com

Presorted
First Class Mail
U.S. Postage
PAID
JoS. A. Bank
Clothiers

# JOS. A. BANK CORPORATE DAY

**ENTIRE STOCK OF SUITS AND SPORTCOATS**

# 50% OFF*

*mix 'n match*

**Plus 2ND* FREE**

That's 2 for 1/2 the price of 1!

**WEDNESDAY, DEC. 5 & THURSDAY, DEC. 6, 2012 OPEN 9 AM IN MOST STORES**



*EXCLUSIVELY FOR CORPORATE CARD MEMBERS*

# 70% OFF*

Everything Else⁺ in the Store

Scan the code to receive these offers via email, or simply visit www.MyJosBank.com/DEC12CDP

*Regular price, excludes Works Collection. **Equal or lesser value. ⁺Excludes Works Collection, watches, shoes, rentals and gift cards. Prices valid 12/5/12–12/6/12; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big/Tall and Regal prices will be slightly higher than regular size prices. Offers in this poster not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores, nor through Catalog.



*Don't miss our*

# SUPER TUESDAY EVENT

*MONDAY, DEC. 10 & TUESDAY, DEC. 11*
*Open 8 a.m. - 10 p.m. in most stores*

*All Suits*

BUY 1*
GET 3**
FREE



*Everything else⁺*

BUY 1*
GET 2**
FREE

PLUS  USE THE ENCLOSED GIFT DOLLARS TO
SAVE UP TO $100 MORE.

*Regular price, excludes Works Collection  **Equal or lesser value  ⁺Excludes shoes, watches and gift cards*



70% OFF*

*All Outerwear*
*Huge Selection of Sweaters*

40% OFF*

## MOST EVERYTHING* IN THE STORE

**FRIDAY, JAN. 25 & SATURDAY, JAN. 26**

*Regular price. •Excluding shoes, rentals and gift cards. Prices valid 1/25/13 - 1/26/13; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Advertised prices do not include accessories shown. Big/tall and Regal size prices will be slightly higher than Regular size prices. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores, nor through Catalog or Internet. For store information, visit us at josbank.com.



Post Office Box 6428
Greensboro, NC 27419-0428

Presorted
First Class Mail
U.S. Postage
PAID
JoS. A. Bank
Clothiers



josbank.com



# BUY 1
# GET 3** FREE
MIX & MATCH

## SUITS, SPORTCOATS & OUTERWEAR

**WEDNESDAY, DEC. 26** *through*
**TUESDAY, JAN. 1, 2013**
OPEN 9 A.M. WEDNESDAY THROUGH
SATURDAY IN MOST STORES

*Regular price, excludes Works Collection. **Equal or lesser value.

JOS. A. BANK
ESTABLISHED 1905

**BUY 1 GET 1 FREE**

ENTIRE STOCK OF
**DRESS SHIRTS**
**& SPORTSHIRTS**

MIX & MATCH

**BUY 1 GET 1 FREE**

ENTIRE STOCK OF
**SWEATERS**

**BUY 1 GET 1 FREE**

ENTIRE STOCK OF
**DRESS PANTS**
**& CASUAL PANTS**

MIX & MATCH

**Wednesday, Dec. 26 through Tuesday, Jan. 1, 2013 • Open 9 a.m. Wednesday through Saturday in most stores**

*Regular price, excludes Works Collection. **Equal or lesser value. Prices valid 12/26/12-1/1/13, unless otherwise noted. Some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. BigTall and Regal prices will be slightly higher than regular size prices. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores, nor through Catalog or Internet. For store information, visit us at josbank.com.



Post Office Box 8428
Greensboro, NC 27419-0428




NOW ACCEPTING PayPal

josbank.com

Prsrt. Std
U.S. Postage
PAID
JOS. A. Bank
Clothiers



# 50% OFF*

ALL BLAZERS*, SPORTCOATS*, OUTERWEAR & WOOL SWEATERS

# 40% OFF*

DRESS SHIRTS*, TIES, SPORTSHIRTS*, POLOS, PANTS* & ALL OTHER SWEATERS

# 30% OFF*

ALL SOCKS, BELTS & UNDERWEAR

**THURSDAY, FEB. 21** *through* **SATURDAY, FEB. 23, 2013**

Exclusively for Corporate Card members with this postcard:

**EXTRA 25% OFF
ALL CLEARANCE**

*Regular price. *Excludes Traveler Products & Clearance. Prices valid 2/21/13-2/23/13; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big/Tall and Regal prices will be slightly higher than Regular size prices. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores, nor through Catalog. For store information, visit us at josbank.com.



JOS. A. BANK
ESTABLISHED 1905

Post Office Box 8428
Greensboro, NC 27419-0428



josbank.com

Prsrt. Std.
U.S. Postage
PAID
J°S. A. Bank
Clothiers





**HUGE SELECTION CLEARANCE**

Polo & Cotton Casual Pants
$24.98 ea.



**HUGE SELECTION CLEARANCE**

Shirts & Ties
$29.98 ea.



**HUGE SELECTION CLEARANCE**

Sportcoats
$198

Original price
$895-$995



**HUGE SELECTION CLEARANCE**

Suits
$178

Original price
$895



Presorted
First Class Mail
U.S. Postage
PAID
Jos. A. Bank
Clothiers

Prices valid 3/2013. However, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big/Tall and Regular sizes and prices will be slightly higher than Regular size prices. Offers in this mailer not applicable on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores, not through Catalog. For store information or to purchase online, visit us at josbank.com.



**JOS. A. BANK**

Post Office Box 9426
Cincinnati, MD 21740-0426

 

josbank.com

FRIDAY, MARCH 15 *through*
SUNDAY, MARCH 17, 2013

# ALL SUITS⁺ &
# SPORTCOATS

1ST    50% OFF*

2ND**    60% OFF*

3RD**    70% OFF*

40% OFF*    ALMOST EVERYTHING
ELSE* IN THE STORE



J⁰S. A.
BANK
ESTABLISHED 1905

*See back for special value pricing on Traveler products*
⁺Excludes Traveler products & Clearance. *Regular price. **Equal or lesser value.

S P E C I A L  V A L U E  P R I C E S
WE'RE MAKING IT
# WORK FOR YOU

········ TRAVELER ········

DRESS SHIRTS
2 FOR $95 NOW

"BEST OVERALL"
WRINKLE-FREE DRESS SHIRT
*Wall Street Journal*

········ TRAVELER ········

SUITS
THE MOST COMFORTABLE SUIT
YOU WILL EVER OWN
$275 NOW

## THE *BEST*
## BUSINESS-CASUAL
## SOLUTIONS

········ TRAVELER ········

SPORTCOATS
$200 NOW

SPORTSHIRTS
2 FOR $95
NOW

DRESS PANTS
$90 NOW

COTTON
TWILL PANTS
$60 NOW

Prices valid 3/15/13–5/17/13; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. BigTall and Regal prices will be slightly higher than Regular size prices. Offers in this mailer not accepted on prior purchase and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores, nor through Catalog. For store information, or to purchase online, visit us at josbank.com.



Post Office Box 8426
Greensboro, NC  27419-0428

 

josbank.com

Pret. Std.
U.S. Postage
PAID
JOS. A. Bank
Clothiers

FINAL DAYS
*ENDS SATURDAY, APRIL 13, 2013*

*ALMOST ALL*
SUITS⁺ ON SALE

BUY 1* | GET 2ND**
FOR *$99*

GET 3RD° *FREE*



*See back for additional great offers*

*Includes Tender sale. **Regular price. ***Equal or lesser value.

FRIDAY &
SATURDAY ONLY!

# 40-60% OFF*

ALMOST EVERYTHING
ELSE** IN THE STORE

*ALMOST ALL*
SUITS† ON SALE

BUY 1‡ | GET 2ND‡
FOR $99*

GET 3RD** *FREE*

†Excludes Traveler suits. *Regular price. **Equal or lesser value. ‡Excludes shoes, rentals, gift cards and Traveler products. Prices valid 4/12/13–4/13/13; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. BigTall and Regal prices will be slightly higher than Regular size prices. Advertised prices do not include accessories shown. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores, nor through Catalog. For store information, or to purchase online, visit us at josbank.com.



Post Office Box 8428,
Greensboro, NC 27419-0428



josbank.com

Prst. Std.
U.S. Postage
PAID
JOS. A. Bank
Clothiers



APRIL 17 - APRIL 20 ONLY

# ALL EXECUTIVE

SPORTCOATS, PANTS & SHIRTS ON SALE

Executive Blazers *$179.99*

Executive Gabardine Dress Pants *$79.99*

Executive Dress Shirts *$29.99*

Executive Polos *$29.99*

# ALL CLEARANCE

### DRESS SHIRTS, TIES,

### SPORTSHIRTS & CASUAL PANTS:

# 2ND FOR $15

LOOK FOR CLEARANCE TAGGED ITEMS

*Equal or lesser value. Prices valid 4/17/13-4/27/13, unless otherwise indicated. Some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big/Tall and Regal prices will be slightly higher than Regular size prices. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores or through Catalog or Internet. For store information, visit us at josbank.com.

Prsrt. Std.
U.S. Postage
PAID
JOS. A. Bank
Clothiers





Post Office Box 9426
Greensboro, NC 27419-0428

josbank.com



## Final 8 Hours! - Buy 1 Suit, Get 3 FREE with FREE SHIPPING
1 message

**Jos. A. Bank** < josabank@shop.josbank.com >                    Sat, May 4, 2013 at 6:23 PM



FINAL DAY! Buy 1 Suit, GET "3" FREE! Plus 50% OFF Everything Else* & FREE Shipping! SHOP NOW

**The Expert in Men's Apparel**

Trouble Viewing? View this email on a mobile device or in a browser            ⌐ FORWARD TO A FRIEND

# FREE SHIPPING! On All Orders $50 or more

## FINAL DAY! Saturday, May 4 - Until Midnight PT

### Get 4 Suits *for the Price of 1*



ALMOST
*All Suits*†

# BUY 1
# GET 3
# FREE

MIX 'N MATCH

— MOST EVERYTHING ELSE *online*† —



MAY 10 - MAY 27, 2013

Buy Almost Any*
Jos. A. Bank Suit**
*and get*
a 2nd Suit⁺ *FREE*
*plus*
2 Dress Shirts *FREE*
*plus*
2 Silk Ties⁺⁺ *FREE*

That's 1 *FREE* Suit, plus *FREE* Shirts
and Ties valued up to $560!

Choose from fine, Traditional
and Trim Fit Wool Suits.

*See back for special value pricing on Traveler products*

*Excludes Traveler & Poplin suits. **Regular price.
⁺Equal or lesser value. ⁺⁺Up to $140 each.

WE'RE MAKING IT

# WORK
# FOR YOU

Work hard and make it look easy with the lasting comfort and performance of our Traveler's Collection

## SPECIAL VALUE PRICES

········· TRAVELER ·········
SUITS

THE MOST
COMFORTABLE
SUIT YOU WILL
EVER OWN

*$275* SPECIAL VALUE NOW

········· TRAVELER ·········
DRESS SHIRTS

"BEST OVERALL"
WRINKLE-FREE
DRESS SHIRT
*Wall Street Journal*

*2 FOR $95* SPECIAL VALUE NOW

Prices valid 5/10/13-5/27/13; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big/Tall and Regal prices will be slightly higher than Regular size prices. Advertised prices do not include accessories shown. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores, nor through Catalog. For store information, or to purchase online, visit us at josbank.com.



ESTABLISHED 1905

Post Office Box 8428
Greensboro, NC  27419-0428

  

josbank.com

Frst. Std.
U.S. Postage
PAID
JOS. A. Bank
Clothiers



*MAY 10 – MAY 27, 2013*

Buy Almost Any*
Jos. A. Bank Suit**
*and get*
a 2nd Suit* *FREE*

*plus*

2 Dress Shirts *FREE*

*plus*

2 Silk Ties* *FREE*

That's 1 *FREE* Suit, plus *FREE* Shirts
and Ties valued up to $560!

Choose from fine, Traditional
and Trim Fit Wool Suits.

*See back for special value pricing on Traveler products*

*Excludes Traveler & Poplin suits. **Regular price.
*Equal or lesser value. **Up to $140 each.

SPECIAL VALUE PRICES

WE'RE MAKING IT

# WORK FOR YOU

Work hard and make it look easy with the lasting comfort and performance of our Traveler's Collection

TRAVELER
SUITS

THE MOST COMFORTABLE SUIT YOU WILL EVER OWN

$275 SPECIAL VALUE NOW

TRAVELER
DRESS SHIRTS

"BEST OVERALL" WRINKLE-FREE DRESS SHIRT
*Wall Street Journal*

2 FOR $95 SPECIAL VALUE NOW

Prices valid 5/10/13-5/27/13; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big/Tall and Regal prices will be slightly higher than Regular size prices. Advertised prices do not include accessories shown. Offers in this mailer not applicable on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores, not through Catalog. For store information, or to purchase online, visit us at josbank.com.

JOS. A. BANK
ESTABLISHED 1905

Post Office Box 8428
Greensboro, NC 27419-0428




josbank.com

Prstd. Std.
U.S. Postage
PAID
JOS. A. Bank
Clothiers

Offers in this mailer valid June 10-16, 2013. Offers in this mailer not accepted on prior purchases and not applicable at Factory Outlet stores, Catalog or Internet.



For a store near you, visit josbank.com.









*A SPECIAL*

# GIFT

## $100

### IN GIFT DOLLARS
### JUST IN TIME FOR
### FATHER'S DAY

*See inside for details*





# $100 IN GIFT DOLLARS ENCLOSED TO SAY THANK YOU FOR YOUR BUSINESS.

*Valid Monday, June 10 through Sunday, June 16, 2013, only in our retail stores.*

## JUST IN TIME FOR FATHER'S DAY!

Your Gift Dollars are good on purchases of any sale or regular price merchandise throughout the store! No exclusions except gift cards.
Save a total of $100 on any purchase of $600 or more!
Must present Gift Dollar certificate to receive discount.

*For your convenience, tailoring is available on the premises.*

---

# DON'T MISS OUR SUPER TUESDAY SALE TUESDAY, JUNE 11

OPEN 9 A.M. - 10 P.M. IN MOST STORES

## 50% OFF* ALMOST EVERYTHING⁺ IN THE STORE PLUS 2ND SUIT** OR SPORTCOAT** ONLY $99!

### USE YOUR GIFT DOLLARS TO SAVE UP TO $100 MORE!

Want to avoid the crowds on Tuesday? Shop Monday, June 10, and we will honor all SUPER TUESDAY SALE offers!

*Regular price. ⁺Excludes shoes, gift cards, rentals and Traveler Products.
**Equal or lesser value, excludes Traveler Products.



# GIFT DOLLARS
## VALID JUNE 10-16, 2013

On merchandise only in Jos. A. Bank retail stores.
$25 Gift Dollars per $150 purchase.

May apply a total of $100 Gift Dollars on a purchase of $600 or more. Gift Dollars are not redeemable for cash, and cannot be applied toward gift cards or prior purchases. Not applicable at Factory Outlet stores or through Catalog or Internet. Must present Gift Dollar certificate to receive discount.

# GIFT DOLLARS
## VALID JUNE 10-16, 2013

On merchandise only in Jos. A. Bank retail stores.
$25 Gift Dollars per $150 purchase.

May apply a total of $100 Gift Dollars on a purchase of $600 or more. Gift Dollars are not redeemable for cash, and cannot be applied toward gift cards or prior purchases. Not applicable at Factory Outlet stores or through Catalog or Internet. Must present Gift Dollar certificate to receive discount.



# GIFT DOLLARS
## VALID JUNE 10-16, 2013

On merchandise only in Jos. A. Bank retail stores.
$25 Gift Dollars per $150 purchase.

May apply a total of $100 Gift Dollars on a purchase of $600 or more. Gift Dollars are not redeemable for cash, and cannot be applied toward gift cards or prior purchases. Not applicable at Factory Outlet stores or through Catalog or Internet. Must present Gift Dollar certificate to receive discount.



# GIFT DOLLARS
## VALID JUNE 10-16, 2013

On merchandise only in Jos. A. Bank retail stores.
$25 Gift Dollars per $150 purchase.

May apply a total of $100 Gift Dollars on a purchase of $600 or more. Gift Dollars are not redeemable for cash, and cannot be applied toward gift cards or prior purchases. Not applicable at Factory Outlet stores or through Catalog or Internet. Must present Gift Dollar certificate to receive discount.





# WE'RE MAKING IT
# WORK FOR YOU

Work hard and make it look easy with the lasting comfort and performance of our Traveler's Collection

## SPECIAL VALUE PRICES

### TRAVELER
SUITS

THE MOST COMFORTABLE SUIT YOU WILL EVER OWN

$275 SPECIAL VALUE NOW

### TRAVELER
DRESS SHIRTS

"BEST OVERALL" WRINKLE-FREE DRESS SHIRT
*Wall Street Journal*

2 FOR $95 SPECIAL VALUE NOW

Prices valid 6/26/13-6/30/13, unless otherwise indicated. Some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big/Tall and Regal prices will be slightly higher than Regular size prices. Advertised prices do not include accessories shown. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores or through Catalog or Internet. For store information, visit us at josbank.com.



ESTABLISHED 1905

JoS. A. BANK

Post Office Box 8428
Greensboro, NC 27419-0428



josbank.com

Prst. Std.
U.S. Postage
PAID
JoS. A. Bank
Clothiers

# TUESDAY ONLY!

## JULY 16, 2013

### OPEN 8 A.M. - 10 P.M. IN MOST STORES

# BUY 1*
# GET 2** FREE

## *ALMOST EVERYTHING⁺*
## IN THE STORE



**JOSBANK.COM**

Want to avoid the crowds on Tuesday?
Shop Monday, July 15, and we will honor
**ALL TUESDAY ONLY SALE** offers!

*Regular price. **Equal or lesser value. ⁺Excludes watches, shoes, rentals, gift cards & Traveler products.

ALL
EXECUTIVE
DRESS SHIRTS & TIES
5 *FOR* $100
MIX-N-MATCH

EXTRA 30% OFF
ALL CLEARANCE



JOS. A.
BANK
ESTABLISHED 1905

Post Office Box 8423
Greensboro, NC 27419-0428



josbank.com

Prsrt. Std.
U.S. Postage
PAID
Jos. A. Bank
Clothiers

Prices valid 7/16/13, unless otherwise indicated. Some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big/Tall and Regal prices will be slightly higher than Regular size prices. Advertised prices do not include accessories shown. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores or through Catalog or Internet. For store information, visit us at josbank.com.

WEDNESDAY, JULY 31 - SATURDAY, AUGUST 3, 2013. OPEN 8 A.M. - 10 P.M. IN MOST LOCATIONS

## ALL EXECUTIVE
DRESS SHIRTS & SILK TIES

# 5 FOR $100

**MIX & MATCH**

# 50% OFF*
## 4TH ITEM FREE!
*ALMOST ALL*
SPORTSHIRTS, POLOS,
SHORTS & PANTS

**MIX & MATCH**

*Regular price. **Equal or lesser value. ~Excludes Traveler products. Prices valid 7/31/13-8/3/2013 unless otherwise indicated. Some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big/Tall and Regal prices will be slightly higher than Regular size prices. Advertised prices do not include accessories shown. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores or through Catalog or Internet. For store information, visit us at josbank.com.



JOS. A. BANK
ESTABLISHED 1905

Post Office Box 8428
Greensboro, NC 27419-0428

  

josbank.com

Prsrt. Std.
U.S. Postage
**PAID**
JOS. A. Bank
Clothiers



WE'RE MAKING IT WORK FOR YOU.

THE LUXURY OF OUR
*Signature* SUITS, BLAZERS
& GABARDINE PANTS
AT THE BEST
VALUE PRICES ANYWHERE!

JOS. A. BANK
ESTABLISHED 1905

josbank.com



Peruse this [JCH...]

JOS A
BANK

PRSRT STD
US Postage
PAID
JOS A Bank
Clothiers

Prices shown are clearance pricing Aug 4, 2013. Slight markdowns on these items have occurred since then. Regular prices may vary. Advanced prices cannot be combined with other offers. Advance orders shown. Only available from catalog. Offer valid through [...]. Available online only. See store for details. © 2013 JosBank.com

| HUGE SELECTION CLEARANCE | HUGE SELECTION CLEARANCE | HUGE SELECTION CLEARANCE | HUGE SELECTION CLEARANCE |
|---|---|---|---|
| Suits | Sportcoats | Shirts & Ties | Polos & Cotton Casual Pants |
| $178 | $138 | $29.98 ea. | $24.98 ea. |
| Original price $595 | Original price $450 – $595 | Original price $79.50 – $135 | Original price $74.50 – $89.50 |



Wardrobe Staple
with a Touch of Luxury

*Signature* BLAZERS

$225
now

- The best comfort &
  performance at a fantastic
  value price
- Classic Superfine Worsted
  100% Wool
- Lightweight Premier
  Bemberg® lining provides
  soft, silky feel & comfort
- Sleeves constructed for the
  addition of Working Buttonholes
  for a custom tailored look
- Big/Tall & Regal sizes available
  at slightly higher prices

JoS. A. BANK
ESTABLISHED 1905

WORK HARD,
AND MAKE IT LOOK EASY.

To take your success to a new level,
we are now offering the luxury of our
*Signature*
Suits, Blazers and Gabardine Pants;
and we continue to offer the lasting comfort
and performance of our famed
TRAVELER
Suits and Dress Shirts
—all at incredible value prices.

josbank.com



## Your Business Wardrobe Essential

### TRAVELER DRESS SHIRTS

**2 for $95**
*now*

- Our most popular shirts now at a fantastic value price
- All cotton & wrinkle free
- Shrink, fade & pucker resistant
- 47 sizes in exact neck & sleeve lengths
- Extra durable buttons
- Button-down, spread & point collars
- Traditional, Tailored or Slim Fit styles
- Big/Tall sizes available at slightly higher prices

## The Most Comfortable Suit You Will Ever Own

### TRAVELER SUITS

**$275**
*now*

- The best comfort & performance at a fantastic value price
- 100% Natural Stretch Wool for refined comfort
- Wrinkle & stain resistant
- Stretch linings for optimal range of movement
- Waistband with self-adjusting stretch for comfort
- 5 interior coat pockets designed for travel
- Traditional, Tailored or Slim Fit styles
- Big/Tall & Regal sizes available at slightly higher prices



## Professional Style with Ultra-Soft Comfort

### *Signature* GABARDINE DRESS PANTS

**2 for $175** now

- We think this is the best pants value anywhere
- 100% Superfine Wool with an easy drape & superior comfort & luxury
- Pleated or plain front
- Premium cotton pocketing

- Half-lined to the knee
- Button-through back Besom Pocket
- Unfinished bottoms for altering ease to your exact length
- Big Tall & Regal sizes available at slightly higher prices

## Classic Styling in Luxury You Deserve

### *Signature* SUITS

**$325** now

- We think this is the best fine suit value anywhere
- 100% Luxurious, Superfine Merino Wool for exceptional softness & an uncompromising fit
- Lightweight Premier Bemberg lining provides soft, silky feel & comfort

- Sleeves constructed for the addition of Working Buttonholes for a custom tailored look (for an additional charge)
- Also available in Suit Separates to mix & match coat & pant sizes for the perfect fit
- Big Tall & Regal sizes available at slightly higher prices

AUGUST 19 – 20, 2013

HUGE SELECTION OF SUITS & SPORTCOATS

1/2 OFF*



PLUS

# GET BACK
## WHAT YOU SPEND

IN MERCHANDISE**
THROUGHOUT THE STORE

**EXAMPLE**

Executive Suit Reg. $650, Sale $325.
Get $325 to spend on merchandise**
of your choice throughout the store!



JOSBANK.COM

*Regular price.  **Regular price, excludes gift cards & rentals.





# EXTRA 40% OFF ALL CLEARANCE!

**HUGE SELECTION** · **HUGE SELECTION** · **HUGE SELECTION** · **HUGE SELECTION** · **HUGE SELECTION**

### Suits
CLEARANCE
$178
**NOW**
**$106.80**
ORIGINAL: $595

### Sportcoats
CLEARANCE
$138
**NOW**
**$82.80**
ORIGINAL: $150 - $495

### Shirts & Ties
CLEARANCE
$29.98 ea.
**NOW**
**$17.99**
ORIGINAL: $79.50 - $185

### Polos & Cotton Casual Pants
CLEARANCE
$24.98 ea.
**NOW**
**$14.99**
ORIGINAL: $79.50 - $89.50

Prices valid 8/19/13-8/20/13; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big/Tall and Regal prices will be slightly higher than Regular size prices. Advertised prices do not include accessories shown. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores or through Catalog or Internet. For store information, visit us at josbank.com.



JOS. A. BANK
ESTABLISHED 1905

Post Office Box 8428
Greensboro, NC 27419-0428




josbank.com

Prst. Std.
U.S. Postage
PAID
JOS. A. Bank
Clothiers



# WE'RE MAKING IT WORK FOR YOU  SPECIAL VALUE PRICES

**HUGE SELECTION**

## SIGNATURE
### SUITS

*100% LUXURIOUS,*
*SUPERFINE MERINO WOOL*

*NOW*
*3 FOR $800*

*$325 EACH*

## TRAVELER
### DRESS SHIRTS & LONG-SLEEVE
### SPORTSHIRTS

*ALL COTTON. WRINKLE-RESISTANT.*
*TRADITIONAL &*
*TAILORED FIT STYLES.*

*NOW*
*3 FOR $99*

*2 FOR $95*

## SIGNATURE
### DRESS PANTS

*PROFESSIONAL STYLE WITH*
*ULTRA-SOFT COMFORT*

*NOW*
*3 FOR $229*

*2 FOR $175*

Prices valid 10/10/13-10/14/13; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big/Tall and Regal prices will be slightly higher than Regular size prices. Advertised prices do not include accessories shown. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores or through Catalog or Internet. For store information, visit us at josbank.com.



ESTABLISHED 1905

Post Office Box 8428
Greensboro, NC 27419-0428




josbank.com

Prst. Std.
U.S. Postage
PAID
JOS. A. Bank
Clothiers







# SPECIAL VALUE PRICES

## WE'RE MAKING IT WORK FOR YOU

Work hard and make it look easy.

## TRAVELER
### SUITS

*TRADITIONAL & TRIMMER FIT STYLES*

**2 FOR $500 NOW**

## TRAVELER
### DRESS SHIRTS

*ALL COTTON. WRINKLE-RESISTANT. TRADITIONAL & TAILORED FIT STYLES.*

**2 FOR $95 NOW**

Prices valid 10/24/13-10/27/13; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big/Tall and Regal prices will be slightly higher than Regular size prices. Advertised prices do not include accessories shown. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores or through Catalog or Internet. For store information, visit us at josbank.com.

JOS. A. BANK

ESTABLISHED 1905

Post Office Box 8426
Greensboro, NC 27419-0428






josbank.com

Prst. Std.
U.S. Postage
PAID
JOS. A. Bank
Clothiers



All DOORBUSTERS Available Early

# FIRST TIME EVER!

**JOS. A. BANK**
ESTABLISHED 1905

*Preferred Customer Private Preview Day*
**WEDNESDAY, NOV. 27, 2013**

NOT AVAILABLE TO THE PUBLIC. YOU MUST HAVE THIS CARD
TO RECEIVE THESE PRICES ON WEDNESDAY.

## OVER 80 BLACK FRIDAY DOORBUSTERS!
### INCREDIBLE BLACK FRIDAY PRICES ON YOUR FAVORITE MENSWEAR

| | REG. | NOW |
|---|---|---|
| **SWEATERS** | | |
| Signature Pima Cotton Sweaters *Entire Stock* | $89.50-109.50 | 3 for $60 |
| Joseph Cotton/Cashmere Sweaters *Entire Stock* | $125 | $29.99 |
| Executive Cashmere Sweaters *Entire Stock* | $250-295 | $79 |
| **SHIRTS & TIES** | | |
| Traveler Dress Shirts & Sportshirts *Entire Stock* | $87.50 | 3 for $99 |
| Executive Dress Shirts & Sportshirts *Entire Stock* | $59.50-87.50 | 3 for $60 |
| Executive Silk Ties *Entire Stock* | $79.50 | 3 for $60 |
| Signature Silk Ties *Entire Stock* | $99.50 | $29.99 |
| **ACCESSORIES** | | |
| Fine Socks *Huge Selection* | $18-21 | 3 for $19.99 |
| Cashmere Scarves *Entire Stock* | $120-130 | $29.99 |
| Lambskin Leather Gloves *Entire Stock* | $69.50-89.50 | $29.99 |
| **SPORTCOATS & PANTS** | | |
| Signature Sportcoats *Entire Stock* | $595-695 | $179 |
| Fleece-Rich Wool Sportcoats *Entire Stock* | $450 | $99 |
| Executive Camel Hair Blazers *Entire Stock* | $450 | $99 |
| Executive Dress Pants *Entire Stock* | $185 | $49.99 |
| **OUTERWEAR** | | |
| Merino Wool Topcoats *Entire Stock* | $450 | $99 |
| Executive Wool Peacoats *Entire Stock* | $495 | $99 |
| **SUITS** | | |
| Executive Traditional Fit Wool Suits *Entire Stock* | $650 | $139 |
| Slim Fit Wool Suits *Huge Selection* | $650 | $139 |

· SEE STORE ASSOCIATE FOR MORE DOORBUSTERS

**PUBLIC HOURS FOR DOORBUSTERS BEGIN 8 P.M. THURSDAY**
**THURSDAY 8 P.M. – 1 A.M. AND FRIDAY 6 A.M. – 1 P.M. IN MOST STORES.**

# INCREDIBLE VALUE GIFT ITEMS

## ·········· PRICED RIGHT AND AVAILABLE RIGHT NOW – *Entire Stock* ··········

| | | | |
|---|---|---|---|
| Traveler Wool Sportcoats | $175 ea. | Traveler Cashmere Sweaters | $135-150 ea./2 for $200 |
| Traveler Camel Hair Blazers | $200 ea. | Signature Wool Dress Pants | $105 ea./2 for $175 |
| Signature Wool Blazers | $225 ea. | Traveler Wool Dress Pants | $90 ea./2 for $150 |
| Traveler Wool Suits | $275 ea./2 for $500 | Traveler Cotton Twill Pants | $60 ea./2 for $100 |
| Signature Wool Suits | $325 ea./2 for $600 | Traveler Cotton Long-Sleeve Polos | $40 ea./2 for $70 |

## PUBLIC HOURS FOR DOORBUSTERS BEGIN 8 P.M. THURSDAY
## THURSDAY 8 P.M. – 1 A.M. AND FRIDAY 6 A.M. – 1 P.M. IN MOST STORES.

Prices valid 11/27/13-11/29/13 at 1 p.m. however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big/Tall and Regal prices will be slightly higher than Regular size prices. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores. For store information, visit us at **josbank.com**.





Post Office Box 8428
Greensboro, NC 27419-0428



josbank.com

Prsrt. Std.
U.S. Postage
PAID
JOS. A. Bank
Clothiers



Offers in this mailer valid December 9-19, 2013. Big/Tall and Regal size prices will be slightly higher than Regular size prices. Offers in this mailer not accepted on prior purchases and not applicable at Factory Outlet stores or through Catalog.

JoS. A. BANK
ESTABLISHED 1905

Over 620 stores nationwide.
For a store near you visit **josbank.com**

JoS. A. BANK
ESTABLISHED 1905

*A GIFT FOR YOU*

A heritage of fine quality workmanship
and an expert staff of sales professionals. We offer an extensive
selection of beautifully made, classically styled Tailored,
Business Casual, and Casual clothing.

Tailoring is available
on the premises and we're extending our holiday
shopping hours, for your convenience.

# $100

IN GIFT DOLLARS
ENCLOSED TO *THANK YOU*
FOR YOUR PATRONAGE

*Valid Monday, December 9 through Thursday,
December 19, 2013 only in our retail stores.*

## JUST IN TIME FOR THE HOLIDAYS!

Your Gift Dollars are good on purchases of any regular
or sale price merchandise throughout the store! No exclusions except
gift cards. Save a total of $100 on any purchase of $500 or more!
Must present Gift Dollar certificate to receive discount.

EVERYONE AT JOS. A. BANK WISHES YOU A SAFE AND HAPPY
HOLIDAY SEASON, AND A HAPPY NEW YEAR!




# TWO DAYS ONLY!
## SUPER TUESDAY EVENT
### MONDAY, DEC. 9 & TUESDAY, DEC. 10
*Open 8 a.m. - 10 p.m. in most stores*

*All Suits*

# BUY 1*
# GET 3**
# *FREE*



*Everything else+*

# BUY 1*
# GET 2**
# *FREE*

PLUS, USE THE ENCLOSED GIFT DOLLARS TO
SAVE UP TO $100 MORE.

*Regular price  **Equal or lesser value*
+Excludes shoes, rentals, gift cards, Traveler products and some Signature products



$25 *Gift Dollars*

SAVE $25 OFF ANY PURCHASE OF $125 OR MORE.
SALE OR REGULAR PRICE MERCHANDISE.

Save a total of $100 when you combine all four Gift Dollars.



$25 *Gift Dollars*

SAVE $25 OFF ANY PURCHASE OF $125 OR MORE.
SALE OR REGULAR PRICE MERCHANDISE.

Save a total of $100 when you combine all four Gift Dollars.

$25 *Gift Dollars*

SAVE $25 OFF ANY PURCHASE OF $125 OR MORE.
SALE OR REGULAR PRICE MERCHANDISE.

Save a total of $100 when you combine all four Gift Dollars.



$25 *Gift Dollars*

SAVE $25 OFF ANY PURCHASE OF $125 OR MORE.
SALE OR REGULAR PRICE MERCHANDISE.

Save a total of $100 when you combine all four Gift Dollars.



# Gift Dollars

## VALID DECEMBER 9-19, 2013
ON MERCHANDISE ONLY IN JOS. A. BANK RETAIL STORES.
### $25 GIFT DOLLARS PER $125 PURCHASE.

May apply a total of $100 Gift Dollars on a purchase of $500 or more. Gift Dollars are not redeemable for cash, and cannot be applied toward gift cards or prior purchases. Not applicable at Factory Outlet stores or through Catalog or Internet.



# Gift Dollars

## VALID DECEMBER 9-19, 2013
ON MERCHANDISE ONLY IN JOS. A. BANK RETAIL STORES.
### $25 GIFT DOLLARS PER $125 PURCHASE.

May apply a total of $100 Gift Dollars on a purchase of $500 or more. Gift Dollars are not redeemable for cash, and cannot be applied toward gift cards or prior purchases. Not applicable at Factory Outlet stores or through Catalog or Internet.



# Gift Dollars

## VALID DECEMBER 9-19, 2013
ON MERCHANDISE ONLY IN JOS. A. BANK RETAIL STORES.
### $25 GIFT DOLLARS PER $125 PURCHASE.

May apply a total of $100 Gift Dollars on a purchase of $500 or more. Gift Dollars are not redeemable for cash, and cannot be applied toward gift cards or prior purchases. Not applicable at Factory Outlet stores or through Catalog or Internet.



# Gift Dollars

## VALID DECEMBER 9-19, 2013
ON MERCHANDISE ONLY IN JOS. A. BANK RETAIL STORES.
### $25 GIFT DOLLARS PER $125 PURCHASE.

May apply a total of $100 Gift Dollars on a purchase of $500 or more. Gift Dollars are not redeemable for cash, and cannot be applied toward gift cards or prior purchases. Not applicable at Factory Outlet stores or through Catalog or Internet.



# NOW *THROUGH* THURSDAY, DEC. 19, 2013

Open 8 a.m. in most stores

## *Most Everything*
### IN THE STORE

MIX & MATCH

## BUY 1 GET 2 FREE

PLUS,

for preferred customers only:

visit www.josbank.com/GFY

for Gift Dollars to save an

## EXTRA $100!

*$25 Gift Dollars*






JoS. A. BANK
ESTABLISHED 1905

Post Office Box 8428
Greensboro, NC 27419-0428

josbank.com

| | Reg. | Now |
|---|---|---|
| Executive Suit | $650.00 | $650.00 |
| Executive Suit | $650.00 | $2.00 |
| Joseph Slim Fit Suit | $650.00 | $0.00 |
| Total | | $1,950.00 $650.00 |
| 4 Gift Dollars | | (less $100.00) |
| Final Total | | $550.00 |

**That's a Total Savings of $1,400.00!**

Excludes shoes, rentals, gift cards, Traveler products & some Signature products. *Regular price. **Equal or lesser value. ***Equal or lesser value. Prices valid NOW+12/19/13; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big/Tall and Regal prices will be slightly higher than Regular size prices. Advertised prices do not include accessories shown. Offer is in the mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores. For store information, visit us at josbank.com.

Prsrt. Std.
U.S. Postage
PAID
JoS. A. Bank
Clothiers

For Preferred Customers Only
PRIVATE EVENT
THURSDAY, FEB. 27

FRIDAY, FEB. 28 *through* SUNDAY, MAR. 2, 2014
OPEN 9 A.M. THURSDAY – SATURDAY IN MOST STORES

ALL EXECUTIVE, JOSEPH
& SIGNATURE GOLD SUITS

# BUY 1 SUIT*
# GET 3** SUITS*



*Including Slim Fit Styles*

*See back for additional great offers!*



**JOSBANK.COM**

*Regular price.  +Excludes clearance suits. **Equal or lesser value.

ALL SIGNATURE SUITS
3 for $789

ALSO

ALL TRAVELER SUITS
3 for $849

ALL EXECUTIVE, JOSEPH & SIGNATURE GOLD SUITS

BUY 1 SUIT GET 3 SUITS FREE

FRIDAY, FEB. 28 *through* SUNDAY, MAR. 2, 2014




*Regular price. *Excludes clearance suits. *Equal or lesser value. Prices valid 2/27/14-3/2/14, however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big/Tall and Regal prices will be slightly higher than Regular sizes prices. Advertised prices do not include accessories shown. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores. For store information, visit us at josbank.com.



ESTABLISHED 1905

Post Office Box 8428
Greensboro, NC 27419-0428



josbank.com

Prst. Std.
U.S. Postage
PAID
JOS. A. Bank
Clothiers





THURSDAY, APRIL 3
THROUGH
SATURDAY, APRIL 19, 2014

JOS. A. BANK
ESTABLISHED 1905

JOSBANK.COM

BUY 1* SUIT+
GET 2** SUITS FREE

INCLUDING TRADITIONAL & SLIM FIT STYLES

+Excludes Traveler & Signature suits  *Regular price.  **Equal or lesser value.



APRIL 3 *through* APRIL 19, 2014

# BUY 1 SUIT⁺ GET 2 SUITS⁺⁺⁺ FREE

APRIL 3 *through* APRIL 6, 2014, ONLY!

## HUGE SELECTION OF SHIRTS⁺, TIES, PANTS⁺ AND ACCESSORIES⁺⁺

# BUY 2* GET 1** FREE

⁺Excludes Traveler products & some Signature products. ⁺⁺⁺Excludes shoes. *Regular price. **Equal or lesser value. Prices valid 4/3/14–4/19/14 unless otherwise indicated; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big/Tall and Regal prices will be slightly higher than Regular size prices. Advertised prices do not include accessories shown. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores. For store information, visit us at josbank.com.



Post Office Box 8428
Greensboro, NC 27419-0428



josbank.com

Prsrt. Std
U.S. Postage
PAID
JoS. A. Bank
Clothiers

HUGE SELECTION OF SUITS⁺

SLIM FIT • TRADITIONAL FIT • SUMMER SUITS

# BUY 1* GET 2**

# FREE

## MIX & MATCH

PRIVATE SALE: THURSDAY, MAY 8, 2014

**FRIDAY, MAY 9 — MONDAY, MAY 26, 2014**



JOS. A. BANK

JOSBANK.COM

⁺Excludes Traveler & Signature Gold suits. *Regular price. **Equal or lesser value







SUPREME LUXURY
FINEST FABRICS IN THE WORLD
ALMOST ALL*
SIGNATURE GOLD SUITS
$495 NOW

2 FOR $99 NOW

*Excludes Connoctanuania Collection. Prices valid 5/6/14-5/26/14; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big/Tall and Regal prices will be slightly higher than Regular size prices. Advertised prices do not include accessories shown. Offers in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores. For store information, visit us at josbank.com.

Prsrt. Std.
U.S. Postage
PAID
JOS. A. Bank
Clothiers



  

Post Office Box 8428
Greensboro, NC 27419-0428

josbank.com

Offers in this mailer valid June 9-15, 2014, unless otherwise indicated. Big/Tall and Regal size prices will be slightly higher than Regular size prices. Offers in this mailer not accepted on prior purchases and not applicable at Factory Outlet stores or Catalog.

F01R07-0672723



165Z5D



**For a store near you, visit josbank.com.**
**Over 630 stores nationwide.**



**JºS. A.**
**BANK**
ESTABLISHED 1905



*A SPECIAL*

# GIFT

$100

## IN GIFT DOLLARS
### JUST IN TIME FOR

*FATHER'S DAY*

*See inside for details*





A HERITAGE OF
# FINE QUALITY WORKMANSHIP
and an expert staff of sales professionals.
We offer an extensive selection of beautifully made, classically
styled Office Wear, Casual Wear and Sportswear.

*Tailoring is available*
on the premises for your convenience.

$100 IN GIFT DOLLARS
ENCLOSED TO SAY *THANK YOU*
FOR YOUR BUSINESS

Your Gift Dollars can be used on the purchase of any sale or regular price
merchandise throughout the store! No exclusions except gift cards.

*Valid Monday, June 9 through*
*Sunday, June 15, 2014*

*Just in time for*
# Father's Day!

Save a total of $100 on any purchase of $500 or more!
Must present Gift Dollar certificates to receive discount.



**$25 GIFT DOLLARS**

EXTRA $25 OFF ANY PURCHASE OF $125 OR MORE.
*Sale or regular price merchandise.*
Save a total of $100 when you combine all four Gift Dollars on any purchase of $500 or more.

**$25 GIFT DOLLARS**

EXTRA $25 OFF ANY PURCHASE OF $125 OR MORE.
*Sale or regular price merchandise.*
Save a total of $100 when you combine all four Gift Dollars on any purchase of $500 or more.

**$25 GIFT DOLLARS**

EXTRA $25 OFF ANY PURCHASE OF $125 OR MORE.
*Sale or regular price merchandise.*
Save a total of $100 when you combine all four Gift Dollars on any purchase of $500 or more.

# SUPER TUESDAY EVENT

**TUESDAY, JUNE 10, 2014** *Open 9 a.m. – 10 p.m. in most stores*

Shop early on **Monday, June 9,** exclusively for Preferred Customers like you!

**WRINKLE FREE TRAVELER DRESS SHIRTS & SPORTSHIRTS**
4 FOR $149

**ALMOST EVERYTHING ELSE IN THE STORE**
**BUY 1 GET 2 FREE**

**PLUS, USE THE ENCLOSED GIFT DOLLARS TO SAVE UP TO $100 MORE.**

*Regular price. **Equal or lesser value. +Excludes shoes, rentals, gift cards, Traveler products and some Signature and Signature Gold products.



# SUPER TUESDAY EVENT

**TUESDAY, JUNE 10**

*Open 9 a.m. – 10 p.m. in most stores*

Shop Monday, June 9

JoS. A. BANK

JoS. A. BANK

## GIFT DOLLARS

VALID JUNE 9-15, 2014

On merchandise only in Jos. A. Bank retail stores.
$25 Gift Dollars per $125 purchase.

May apply a total of $100 Gift Dollars on a purchase of $500 or more. Gift Dollars are not redeemable for cash, and cannot be applied toward gift cards or prior purchases. Not applicable at Factory Outlet stores or through Catalog. Must present Gift Dollar certificate to receive discount.

JoS. A. BANK
GIFT DOLLARS
VALID JUNE 9-15, 2014
On merchandise only in Jos. A. Bank retail stores.
$25 Gift Dollars per $125 purchase.
May apply a total of $100 Gift Dollars on a purchase of $500 or more. Gift Dollars are not redeemable for cash, and cannot be applied toward gift cards or prior purchases. Not applicable at Factory Outlet stores or through Catalog. Must present Gift Dollar certificate to receive discount.

JoS. A. BANK
GIFT DOLLARS
VALID JUNE 9-15, 2014
On merchandise only in Jos. A. Bank retail stores.
$25 Gift Dollars per $125 purchase.
May apply a total of $100 Gift Dollars on a purchase of $500 or more. Gift Dollars are not redeemable for cash, and cannot be applied toward gift cards or prior purchases. Not applicable at Factory Outlet stores or through Catalog. Must present Gift Dollar certificate to receive discount.

JoS. A. BANK
GIFT DOLLARS
VALID JUNE 9-15, 2014
On merchandise only in Jos. A. Bank retail stores.
$25 Gift Dollars per $125 purchase.
May apply a total of $100 Gift Dollars on a purchase of $500 or more. Gift Dollars are not redeemable for cash, and cannot be applied toward gift cards or prior purchases. Not applicable at Factory Outlet stores or through Catalog. Must present Gift Dollar certificate to receive discount.

# JOS. A. BANK

JOSBANK.COM

## JUST IN TIME FOR
# FATHER'S DAY!

### THURSDAY, JUNE 12 – SUNDAY, JUNE 15, 2014



# 70% OFF*
VIP polos – camp shirts – shorts



# 50% OFF* Dress Shirts+ & Ties
David Leadbetter & Stays Cool sportshirts – polos – pants – shorts

**PLUS, SAVE AN EXTRA $100!**
For Preferred Customers only
visit **www.josbank.com/GFY** for Gift Dollars
(see back for details)



*Regular Price. +Excluding Traveler Dress Shirts.

GOING ON NOW

HUGE SELECTION⁺
SUITS & SPORTCOATS**

BUY1 GET2*

FREE



PLUS, SAVE AN EXTRA $100!

visit www.josbank.com/GFY
for Gift Dollars

Save an Extra $95 on a purchase of $125 or more!
Save a Total of $100 on a purchase of $500 or more!

*Regular price. **Equal or lesser value. +Excludes Traveler & Signature Gold Suits, Traveler & Signature Gold Suits, Travel Sportcoats & select Signature products. Gift Dollars are not redeemable for cash, and cannot be applied toward gift cards. Prices valid 6/12/14 - 6/15/14; however, some items may continue to be offered at the same or other prices. Intermediate price reductions may have been offered. Big/Tall and Regal prices will be slightly higher than Regular sale prices. Advertised prices do not include accessories shown. Offer in this mailer not accepted on prior purchases and may not be combined with any other offer or with a Corporate Card discount. Not applicable at Factory Outlet stores. For store information, visit us at josbank.com.



ESTABLISHED 1905

Post Office Box 8428
Greensboro, NC 27419-0428



josbank.com

Prsrt. Std.
U.S. Postage
PAID
JOS. A. Bank
Clothiers