IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **OLUSOLA AKINMEJI**, *et al.*, | * |
| Plaintiffs, | * |
| v. | * Civil No. **PJM 17-1349** |
| **JOS A. BANK CLOTHIERS, INC.**, | * |
| Defendant. | * |

## ORDER

For the reasons stated on the record during the hearing held on July 17, 2018, it is, this 18th day of July, 2018,

**ORDERED**:

1. Plaintiffs' Motion to Request Judicial Notice, ECF No. 88, is **DENIED**;

2. Defendant's Motion to Dismiss Counts I, II, X, and XI for Failure to State a Claim, ECF No. 49, is **GRANTED**:

    a. The Court **GRANTS** the Motion to Dismiss with regard to the following Counts:

        i. **Count I**: Violation Of Maryland Consumer Protection Act, Md.Code.Com.Law §13-101 et seq. (On behalf of the Maryland Sub-Class)

        ii. **Count II**: Fraud And Fraud By Omission Under Maryland Common Law (On behalf of the Nationwide Class, or alternatively the Maryland Sub-Class)

        iii. **Count X**: Breach Of Express Warranty (On behalf of the Nationwide Class)

        iv. **Count XI**: Unjust Enrichment (On behalf of the Nationwide Class)

3. Defendant's Motion to Dismiss Plaintiff's Request for Injunctive Relief, ECF No. 49, is **DEFERRED**;

4. Defendant's Motion to Dismiss Counts III-IX for Failure to State a Claim, ECF No. 76, is **GRANTED IN PART** and **DEFERRED IN PART**:

    a. The Court **GRANTS** the Motion to Dismiss with regard to the following Counts:

        i. **Count VI**: Violation Of The Consumers Legal Remedies Act, Cal. Civ. Code § 1750, *et seq.* (On behalf of the California Sub-Class)

        ii. **Count VII**: Violation Of California False Advertising Law, Cal. Bus. & Prof. Code § 17500, *et seq.* (On behalf of the California Sub-Class)

        iii. **Count VIII**: Violation Of California False Advertising Law, Cal. Bus. & Prof. Code § 17500, *et seq.* (On behalf of the California Sub-Class)

        iv. **Count IX**: Fraud And Fraud By Omission Under California Common Law (On behalf of the Nationwide Class, or alternatively the California Sub-Class)

    b. The Court **DEFERS** ruling on the Motion to Dismiss with regard to the following Counts:

        i. **Counts III – V**: Violations Of Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 *et seq.* (On behalf of the California Sub-Class).

5. Plaintiff Jackson shall have forty-five (45) days to submit initial disclosures regarding her preliminary damages calculation with respect to the three

remaining claims of the California sub-class, in accordance with Federal Rule of Civil Procedure 26(a)(1)(iii).

6. Defendant shall have thirty (30) days thereafter to file a responsive pleading to such submission. Defendant's pleading, if styled as a Motion for Summary Judgment, will not preclude it from filing a subsequent Motion for Summary Judgment at the close of any future discovery period.

7. Plaintiff Jackson shall have fourteen (14) days thereafter to file a response to Defendant's supplemental pleading.

8. Defendant shall have fourteen (14) days thereafter to file a reply to Defendant's supplemental pleading.

9. The Court will advise the parties whether oral argument on any pending or subsequent motions will be held.

_____/s/_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE