**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| OLUSOLA AKINMEJI, *et al*. | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | Civil No. PJM 17-1349 |
| | * | |
| JOS A. BANK CLOTHIERS, INC. | * | |
| | * | |
| Defendant | * | |

## ORDER

An Order staying and administratively closing this case was entered on July 24, 2018 (ECF [95]), until such time as the parties advise the Court, in writing and on appropriate motion, that the matter is ripe for further action.

Defendant filed a Motion for Summary Judgment on Remaining Claims in this case on October 18, 2018 (ECF [99]) and argument will be scheduled before Judge Messitte on this Motion.

Accordingly, it is this 22nd day of October, 2018

ORDERED that the Clerk of Court is directed to REOPEN this case.

/s/
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**